IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL | : | CIVIL ACTION |
| ELEVATOR INDUSTRY PENSION | : | |
| FUND, et al., | : | No. 19-4305 |
| | : | |
| v. | : | |
| | : | |
| MAPLE MANAGEMENT LLC, et al. | : | |

## ORDER

AND NOW, this 15th day of December, 2020, upon consideration of Plaintiffs' Motion for Summary Judgment, Defendants' opposition and Cross-Motion for Partial Summary Judgment, Defendants' "Motion to Amend/Correct Answer and Counterclaim," the parties' briefing on the Motions, and following a July 7, 2020, oral argument on the Motions, and for the reasons stated in the accompanying Memorandum, it is ORDERED as follows:

- Plaintiffs' Motion for Summary Judgment (Document 27) is GRANTED in part. Judgment is entered in favor of Plaintiffs on Counts I, II, III, IV, and VI of the Amended Complaint in the amount of $222,619.58. Defendant James Mecha is a fiduciary as it is defined in the Employee Retirement Income Security Act of 1974 and is thus jointly and severally liable for $220,730.67 of this Judgment. Plaintiffs' Motion seeking a preliminary injunction on Count V is DENIED without prejudice.

- Defendants' Cross-Motion for Partial Summary Judgment (Document 29) is GRANTED.

- Defendants' Motion to Amend/Correct Answer and Counterclaim is DENIED.

It is further ORDERED Defendants' Motion for Relief from Page Limitations (Document 31) is GRANTED.

BY THE COURT:


 /s/ Juan R. Sánchez 
Juan R. Sánchez, C.J.